UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIM. NO. 1:22-CR- |
| v. | : |
| | : (Judge         ) |
| **SHELLEY NOREIKA,** | : |
| Defendant. | : Filed Electronically |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 1035(a)(2)
False Statements Relating to Health Care Matters

On or about February 4, 2020, in the Middle District of Pennsylvania and elsewhere, the defendant,

### SHELLEY NOREIKA,

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations concerning her adoptive daughter to medical providers in connection with the delivery of health care benefits, items, and services involving health care benefit programs, as defined in Title 18, United States Code, Section 24(b).

All in violation of Title 18, United States Code, Section 1035(a)(2).

JOHN C. GURGANUS
United States Attorney

SAMUEL S. DALKE
Assistant United States Attorney

3/24/22
DATE